UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60341-CIV-COHN/Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON A. TOLEDO, et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW
### GRANTING MOTION TO RESCHEDULE PRETRIAL DEADLINES
### ORDER SETTING DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Summary Judgment [DE 50], the Motion to Withdraw as Counsel for the Defendant [DE 53], Plaintiff's Notice of Counsel Withdrawing from Case and Request to Reschedule Mediation, Pretrial, and Trial Dates [DE 58], and the United States' Agreed Motion to Stay All Deadlines Pending Adjudication of the Government's Motion for Summary Judgment [DE 59]. The Court has carefully considered the filings and is otherwise fully advised in the premises.

Plaintiff United States of America filed this action against several defendants to reduce to judgment Defendant Ramon Toledo's various federal income tax liabilities, foreclose upon federal tax liens on a specific piece of property owned by Ramon Toledo, and to sell the property at a public sale to pay off the judgment. After filing an Answer [DE 13], Defendant Ramon Toledo filed for bankruptcy. Three Defendants: Damary Toledo (Ramon's wife), the homeowners' association wherein the property is located, and a contractor who purportedly worked on the home, were subject to a final

summary judgment default ending any interest they had in the subject property [DE 39]. The remaining defendant, Defendant Countrywide Home Loans, Inc., filed an answer with affirmative defenses alleging the priority of its mortgage lien versus the federal tax liens.  The Court granted the United States' motion for summary judgment that its tax lien has priority over Defendant Countrywide's interest with regard to the federal tax lien for the year 1994.

After Ramon Toledo's second bankruptcy case was dismissed, the Court reopened this case.  Plaintiff has now moved for summary judgment.  A response to that motion was due by April 26, 2010.  Meanwhile, on April 12, 2010, Mr. Toledo's counsel, Michael Frank, moved to withdraw.  No objection to that motion has been received.  Rather, Plaintiff himself filed a request seeking to obtain new counsel and asking for a 60 day extension of all deadlines.  The United States has now filed an agreed motion to continue the present deadlines until the motion for summary judgment is adjudicated.[1]

In the interest of justice, the Court will grant Mr. Toledo's pro se request for a 60 day extension of time from April 23, 2010, the date of his request.  Therefore, his response to the motion for summary judgment shall be due by June 22, 2010.  No further extensions shall be granted absent extraordinary circumstances, even if Mr. Toledo does not find an attorney.  The Court will grant the motion to withdraw.  As for the Agreed Motion, the Court will reset the deadlines rather than granting a stay.

---

[1] Plaintiff United States has discussed this relief with the likely new counsel for Mr. Toledo.

Accordingly, the Court having carefully reviewed all filings and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Counsel's Motion to Withdraw as Counsel for the Defendant [DE 53] is hereby **GRANTED**;

2. Attorney Michael A. Frank, Esq. and the firm of Brooks, Frank and De La Guardia shall have no further responsibility for this action;

3. Defendant Ramon Toledo's Notice of Counsel Withdrawing from Case and Request to Reschedule Mediation, Pretrial, and Trial Dates [DE 58] is hereby **GRANTED**;

4. <u>Ramon Toledo's Response to the United States' Motion for Summary Judgment [DE 50] shall be due by June 22, 2010</u>;

5. The United States' Agreed Motion to Stay All Deadlines Pending Adjudication of the Government's Motion for Summary Judgment [DE 59] is hereby **GRANTED in part** and **DENIED in part**, in that no stay will issue but the remaining deadlines are extended;

6. The new deadlines for these cases are as follows:

   | | |
   |---|---|
   | Discovery | deadline passed |
   | Substantive pretrial motions: | deadline passed |
   | Mediation Report Deadline | August 3, 2010 |
   | Motions in limine | August 5, 2010 |
   | Joint Pretrial Stipulation | August 13, 2010 |
   | Responses to Motions in Limine and Deposition Designations for Trial for Unavailable Witnesses | August 16, 2010 |

3

|  | Proposed Jury Instructions, and any Counter-designations and objections to Deposition designations | Calendar Call |
|---|---|---|

7. This case is reset for trial on the two week trial period **commencing August 23, 2010**, with the Calendar Call reset for Thursday, August 19, 2010 at 9:00am in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of May, 2010.

JAMES I. COHN
United States District Judge

copies to:

Rachael A. Kamons, Esq.
Michael A. Frank, Esq.

Ramon Toledo
17856 NW 15th Court
Pembroke Pines, FL 33012