UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60341-CIV-COHN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RAMON A. TOLEDO, et al.,

     Defendants.

_____/

## FINAL JUDGMENT AGAINST RAMON TOLEDO

**THIS CAUSE** is before the Court upon the separately entered order granting Plaintiff United States of America's Motion for Summary Judgment Against Ramon Toledo.  It is thereupon **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of the United States of America and against Ramon Toledo, as follows:

1.    Ramon Toledo is indebted to the United States for his unpaid 1990, 1992, 1999, 2000 and 2001 federal income tax liabilities in the amount of $65,210.97 as of April 15, 2010, plus statutory additions for each day subsequent to April 15, 2010 until today's date, plus interest accruing from the date of judgment until the judgment is paid in full;

2.    The federal tax liens for Ramon Toledo's 1990, 1991, 1992, 1993, 1994, 1997, 1998, 1999, 2000 and 2001 tax liabilities, totaling $349,567.39 as of April 15, 2010, attach to the subject property which is located at 17856 NW 15th Court, Pembroke Pines, Florida 33029;

3.    The United States may foreclose its federal tax liens upon the subject property;

4.    The Clerk shall close this case, the Court retaining jurisdiction to enforce this

judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 30th day of June, 2010.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Rachael A. Kamons, Esq.

Ramon Toledo
17856 NW 15th Court
Pembroke Pines, FL 33012